■ FRANK S. MANFRA, as Administrator of the Estate of RAFFELINA MANFRA, Appellant, v. CITY OF NEW YORK et al., Respondents.— In an action to recover damages for alleged wrongful death, the appeal is (1) from an order dated June 6, 1957 which, *inter alia,* stayed further examination before trial of a named witness and directed that the additional examination of this witness (meaning what took place at the attempted examination before an Official Referee) is not to be used as testimony in the case, and (2) from so much of an order dated October 7, 1957 granting appellant's motion for reargument as adhered to the original decision. Order dated October 7, 1957 insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated June 6, 1957 dismissed, without costs. By appealing from the order dated October 7, 1957 appellant waived the right to prosecute the appeal from the order dated June 6, 1957 (*Van Valkenburgh* v. *Lutz,* 6 A D 2d 812). Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ JAMES MULE, Appellant, v. WILLIAM BICKNESE, Respondent.— In an action to recover damages for personal injuries, the appeal is by permission of the Appellate Term from an order of that court, which order affirmed a judgment of the City Court of the City of New York, Queens County, entered on a jury verdict, dismissing the complaint on the merits. Appellant was injured when he fell from a float into the water, which float was owned and operated by respondent in his fishing station, as appellant was stepping from the float into a boat. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.